1  ADAM GANZ, ESQ.
   Nevada Bar No. 6650
2  MARJORIE HAUF, ESQ.
   Nevada Bar No. 8111
3  CARA XIDIS, ESQ.
   Nevada Bar No. 11743
4  GANZ & HAUF
5  8950 W. Tropicana Ave, Suite 1
   Las Vegas, Nevada 89147
6  Tel: (702) 598-4529
   Fax: (702) 598-3626
7  e-file@ganzhauf.com
8  *Attorneys for Plaintiff*

9               **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11

12  SARAH KIMBERLY NGUYEN,                   CASE NO:   2:19-cv-01288-JAD-DJA

13             Plaintiff,

14  vs.

15
    CSAA GENERAL INSURANCE COMPANY;
16  DOES 1 through 10, inclusive; and ROE       **STIPULATION AND ORDER**
    CORPORATIONS 1 through 10, inclusive,
17
18             Defendants.

19
       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
20
    counsel of record, that the deadline for Plaintiff to file her reply in support of Plaintiff's Renewed
21
22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1

Motion to Remand (ECF No. 22) be extended from January 9, 2020 to January 16, 2020. This extension is being requested in good faith and nor for the purpose of delay.

Dated this 9th day of January, 2020.        Dated this 9th day of January, 2020.

GANZ & HAUF                                   MCCORMICK BARSTOW LLP

*/s/ Marjorie Hauf*                           */s/ Jonathan Carlson*

_____                  _____
Marjorie Hauf, Esq.                           Jonathan Carlson, Esq.
Nevada Bar No. 8111                           Nevada Bar No. 10536
8950 W. Tropicana Ave, Suite 1                8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89147                       Las Vegas, NV 89113
Attorneys for Plaintiff                       Attorney for Defendant


**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE
Dated: January 10, 2020.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2